**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

J<small>OSE</small> L<small>OPEZ</small>,                                                          No.  C 06-6290 SBA

       Plaintiff,                                              **FINAL JUDGMENT**

  v.

U<small>NISOURCE</small> W<small>ORLDWIDE</small>, I<small>NC</small>.,

       Defendant.

---

      In accordance with the Court's Order on the defendant's Motion for Summary Judgment/Summary Adjudication,  judgment is granted in favor of Unisource Worldwide, Inc. on the claims brought by plaintiff Jose Lopez.  All matters calendared in this action are vacated.  The Clerk shall close the file and terminate any pending matters.

      IT IS SO ORDERED.

December 4, 2007                                                  _____
                                                                  Saundra Brown Armstrong
                                                                  United States District Judge